IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TONDA M. BAXTER,<br>On behalf of herself individually and similarly situated persons,<br><br>       Plaintiff,<br><br>vs.<br><br>AMERIHOME MORTGAGE COMPANY, LLC AND CENLAR FSB,<br><br>       Defendants. | Case No.<br><br>ON REMOVAL FROM THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND<br><br>Baltimore County Case No.: C-03-CV-20-003237 |

## NOTICE OF REMOVAL

Defendant AmeriHome Mortgage Company, LLC hereby removes this action from the Circuit Court for Baltimore County, Maryland to the United States District Court for the District of Maryland. Removal is based on 28 U.S.C. § 1331 as Plaintiff has asserted claim in this case under the federal statute known as the Real Estate Settlement Procedures Act ("RESPA"), 15 U.S.C. § 2601). Removal is authorized by 28 U.S.C. §§1441 and 1446. The procedural requirements for removal have been satisfied.

**The State Court Action.**

1. Plaintiff originally filed a complaint ("Complaint") in the Circuit Court for Baltimore County on September 1, 2020 (the "State Court Action"). The Complaint only sought relief for claims under Maryland state law. Plaintiff subsequently filed an amended complaint ("Amended Complaint") on April 4, 2022 and asserted, for the first time, a claim under RESPA. The docket from the Circuit Court for Baltimore County is attached hereto as EXHIBIT 1. The Civil Cover Sheet is attached hereto as Exhibit 2. An index of the filings previously made in the

Circuit Court for Baltimore County is attached hereto as EXHIBIT 3, with each filing attached as an exhibit thereto.

2. Plaintiff alleges that AmeriHome violated RESPA and seeks an award of at least in excess of $75,000 including attorney's fees. Ex. PP of Exhibit 3.

## Federal Question Jurisdiction and Venue

3. This Court has subject-matter jurisdiction under 28 U.S.C. § 1331 because Plaintiff's Amended Complaint alleges a violation of RESPA, and this case is therefore a "civil action[] arising under the Constitution, laws, or treatises of the United States." 28 U.S.C. § 1331; *Awah v. Transunion*, Civil Action No.: ELH-15-02042, 2015 WL 7273154, at *3 (D. Md. Nov. 18, 2015) quoting *Mims v. Arrow Fin. Servs., LLC*, ___ U.S. ____, 132 S.Ct. 740, 748 (2012) ("As the Supreme Court has noted, 'there is no serious debate that a federally created claim for relief is generally a sufficient condition for federal question jurisdiction,' because in that case 'federal law creates the right of action and provides the rules of decision.'").

4. Venue is proper under 28 U.S.C. §§1441(a) and 1446(a) because the District of Maryland embraces the Circuit Court for Baltimore County, Maryland where the State Court Action was originally commenced.

## Removal Requirements

5. The Amended Complaint was filed on April 4, 2022. This notice of removal is filed within 30 days of service of the Amended Complaint and is, therefore, timely *Murphy Bros., Inv. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 351-56 (1999) (defendant's timeframe for removal does not begin until, at a minimum, the defendant has been served with a summons and copy of the complaint).

6. AmeriHome will give written notice of the filing of this notice as required by 28 U.S.C. § 1446(d). A copy of this notice will be filed with the Circuit Court for Baltimore County, Maryland as required by 28 U.S.C. § 1446(d) and served on counsel for Plaintiff.

7. Under 28 U.S.C. § 1446(a), the documents attached as Exhibit 1 constitute a copy of all process, pleadings, and orders received by AmeriHome in the State Court Action.

8. If any questions arise as to the adequacy or propriety of the removal of this action, AmeriHome requests the opportunity to supplement this notice with evidence and/or to brief any disputed issues and present oral argument in support of this removal.

9. AmeriHome reserves all defenses or objections it may have.

10. AmeriHome intends no admission of fact, law or liability by this notice.

WHEREFORE, AmeriHome hereby removes this cause from the Circuit Court for Baltimore County, Maryland to the United States District Court of Maryland.

By its attorneys,

/s/ Cynthia Maskol
Cynthia Maskol, Esq. Bar No. 25390
Wilson Elser Moskowitz Edelman & Dicker LLP
500 East Pratt Street, Suite 600
Baltimore, MD 21202 -3173
410.962.5288 (Direct)
410.539.1800 (Main)
410.962.8758 (Fax)
cynthia.maskol@wilsonelser.com

Regina J. McClendon (*pro hac vice to be filed*)
(415) 318-8810
rmcclendon@lockelord.com
Locke Lord LLP
101 Montgomery Street, Suite 1950
San Francisco, CA 94104

Thomas J. Cunningham (*pro hac vice to be filed*)
561-820-0201
tcunningham@lockelord.com

>Steven J. Brotman (*pro hac vice to be filed*)
>561-820-0214
>Steven.brotman@lockelord.com
>Locke Lord LLP
>777 South Flagler Dr., Suite 215 East Tower
>West Palm Beach, FL 33401
>
>*Counsel for Defendant AmeriHome Mortgage Company, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2022, I presented the foregoing Notice of Removal to the Clerk of Court for filing and uploading to the CM/ECF system. I further certify that I will serve a copy of the foregoing via electronic mail and U.S. Mail to:

Phillip R. Robinson, Esq.
Consumer Law Center LLC
10125 Colesville Rd., Suite 378
Silver Spring, MD 20901
Phone: (301) 448-1304
phillip@marylandconsumer.com

E. David Hoskins, Esq.
The Law Offices of E. David Hoskins, LLC
16 East Lombard Street, Suite 400
Baltimore, MD 21202
Phone: (410) 662-6500
davidhoskins@hoskinslaw.com

>/s/ *Cynthia Maskol*
>Cynthia Maskol