IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Tonda M. Baxter  \*

    Plaintiff

                         \*

    vs.                               Civil Action No.   22-1086-SAG

                          \*

Amerihome Mortgage Company, LLC, et al.

    Defendants  \*

\*\*\*\*\*\*

**ORDER**

Having considered the parties' responses to this Court's Letter Order dated May 13, 2022, and finding there to be no objections, it is, this 16th day of May, 2022, ORDERED that this action be DISMISSED without prejudice.  The Clerk is directed to CLOSE this case.

/s/
Stephanie A. Gallagher
United States District Judge